BERNARDINA ROBERTO, as Administratrix, etc., of GENEROSO ROBERTO.

Deceased, Respondent, v. JOHN F. SCHMADEKE, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.